# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 29, 2015

Robert P. Young, Jr.,
Chief Justice

150571(101)

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

MICHIGAN DEPARTMENT OF
TRANSPORTATION,
          Plaintiff-Appellee,

v

SC:  150571
COA:  315453
Wayne CC:  09-015581-CK

DETROIT INTERNATIONAL BRIDGE
COMPANY,
          Defendant-Appellant,

and

SAFECO INSURANCE COMPANY OF
AMERICA,
          Defendant.
_____/

On order of the Court, the motion for reconsideration of this Court's June 30, 2015 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 29, 2015


Clerk

a0921